OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletree.com
JILL GARCIA
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
AMY L. HOWARD
Nevada Bar No. 13946
amy.howard@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
3800 Howard Hughes Parkway
Suite 1500
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888
*Attorneys for Defendants Lightning Exhibits, LLC
and Tammy L. Lasley*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA; BOARD OF TRUSTEES OF THE TEAMSTERS CONVENTION INDUSTRY TRAINING FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>LIGHTNING EXHIBITS, LLC, a Florida limited liability company; TAMMY L. LASLEY, an individual,<br><br>Defendants. | Case No.: 2:16-cv-03032-JAD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES TO FILE RESPONSES AND REPLIES TO MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Plaintiffs Board Of Trustees Of The Teamsters Local 631 Security Fund For Southern Nevada and Board Of Trustees Of The Teamsters Convention Industry Training Fund (collectively, "Plaintiffs"), and Defendants Lightning Exhibits, LLC ("Lightning Exhibits") and Tammy L. Lasley ("Lasley") (collectively, "Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree to extend the time for the

Parties to file responses and replies thereto to the Motions for Summary Judgment on file herein. This request is submitted pursuant to LR IA 6-1, 6-2, LR 7-1 and 26-4 and is the Parties' first request.

Defendants, individually, filed their Motions for Summary Judgment against Plaintiffs on February 9, 2018. (ECF No. 25 and ECF No. 26). Plaintiffs filed their Motion for Summary Judgment against Lasley on February 9, 2018. (ECF No. 28). The due date for these Motions is currently March 2, 2018. Plaintiffs also filed their Motion for Summary Judgment against Lightning under seal (ECF No. 27) on February 9, 2018, but placed this Motion in the mail for service. Therefore, the due date for the response to this Motion is currently March 5, 2018.

The associate with Ogletree, Deakins, Nash, Smoak & Stewart, P.C., previously handling this matter is leaving the firm. Her last day with the firm is Thursday, February 22, 2018. This extension of time would allow the new attorneys assigned to this case to catch up on the matter in order to respond to Plaintiffs' Motions.

Based on the foregoing, the Parties have agreed that the deadline for the responses to the Motions for Summary Judgment on file herein (ECF Nos. 25-28) shall be extended up to and including **March 19, 2018**. The parties have further agreed that any Reply filed in support of any of the Motions for Summary Judgment shall also be extended an additional fourteen (14) days and shall be due on or before **April 2, 2018**.

//
//
//
//
//
//

2

This stipulation is not brought for purposes of delay or any other improper purpose.

DATED this 21st day of February, 2018.

| BROWNSTEIN HYATT FARBER SCHRECK, LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ Christopher M. Humes | /s/ Jill Garcia |
| Bryce C. Loveland<br>Christopher M. Humes<br>100 North City Parkway, Suite 1600<br>Las Vegas, NV 89106<br>*Attorneys for Plaintiffs* | Anthony L. Martin<br>Jill Garcia<br>Amy L. Howard<br>3800 Howard Hughes Parkway,<br>Suite 1500<br>Las Vegas, NV 89169<br>*Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: February 22, 2018.

33021308.1

3