ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletree.com
JILL GARCIA
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
AMY L. HOWARD
Nevada Bar No. 13946
amy.howard@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
3800 Howard Hughes Parkway
Suite 1500
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888
*Attorneys for Defendants Lightning Exhibits, LLC
and Tammy L. Lasley*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA; BOARD OF TRUSTEES OF THE TEAMSTERS CONVENTION INDUSTRY TRAINING FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>LIGHTNING EXHIBITS, LLC, a Florida limited liability company; TAMMY L. LASLEY, an individual,<br><br>Defendants. | Case No.: 2:16-cv-03032-JAD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES TO FILE RESPONSES AND REPLIES TO MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(SECOND REQUEST)**<br><br>ECF No. 31 |

Plaintiffs Board Of Trustees Of The Teamsters Local 631 Security Fund For Southern Nevada and Board Of Trustees Of The Teamsters Convention Industry Training Fund (collectively, "Plaintiffs"), and Defendants Lightning Exhibits, LLC ("Lightning Exhibits") and Tammy L. Lasley ("Lasley") (collectively, "Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree to further extend the time for

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

the Parties to file responses and replies thereto to the Motions for Summary Judgment on file herein. This request is submitted pursuant to LR IA 6-1, 6-2, LR 7-1 and 26-4 and is the Parties' second request.

Defendants, individually, filed their Motions for Summary Judgment against Plaintiffs on February 9, 2018. (ECF No. 25 and ECF No. 26.) Plaintiffs filed their Motions for Summary Judgment against Defendants on February 9, 2018. (ECF No. 27 and ECF No. 28.) Pursuant to stipulation and order, the due date for the responses to these Motions is currently March 19, 2018. (ECF No. 30.)

The first request was made to allow time for new attorneys assigned to this case to catch up on the matter in order to respond to Plaintiffs' Motions, due to Erica J. Chee, prior lead associate with Ogletree, Deakins, Nash, Smoak & Stewart, P.C. ("Ogletree"), leaving the firm. Good cause now exists for a further extension of time. Due to the expansiveness of this matter's record, more time than anticipated was necessary for defense counsel to catch up in order to respond to Plaintiffs' Motions. Further, the spouse of lead associate, Amy L. Howard, is active duty United States Air Force and returned from an extended deployment last week. Ms. Howard was away from the office due to his return. Therefore, counsel now requests additional time to finalize Defendants' responses to Plaintiffs' Motions.

Based on the foregoing, the Parties have agreed that the deadline for the responses to the Motions for Summary Judgment on file herein (ECF Nos. 25-28) shall be extended up to and including **April 2, 2018**. The Parties have further agreed that any Reply filed in support of any of the Motions for Summary Judgment shall also be extended an additional fourteen (14) days and shall be due on or before **April 16, 2018**.

//

//

This stipulation is not brought for purposes of delay or any other improper purpose.

DATED this 15th day of March, 2018.

| BROWNSTEIN HYATT FARBER SCHRECK, LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ Christopher M. Humes | /s/ Jill Garcia |
| Bryce C. Loveland<br>Christopher M. Humes<br>100 North City Parkway, Suite 1600<br>Las Vegas, NV 89106<br>*Attorneys for Plaintiffs* | Anthony L. Martin<br>Jill Garcia<br>Amy L. Howard<br>3800 Howard Hughes Parkway,<br>Suite 1500<br>Las Vegas, NV 89169<br>*Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED.

_____
U.S. District Judge Jennifer Dorsey
March 15, 2018