1
2
3
4                    UNITED STATES DISTRICT COURT
5                        DISTRICT OF NEVADA
6                              * * *
7   BOARD   OF   TRUSTEES   OF   THE          Case No. 2:16-cv-03032-RFB-PAL
    TEAMSTERS   LOCAL   631   SECURITY
8   FUND FOR SOUTHERN NEVADA, et al.,              ORDER
9                              Plaintiffs,
    v.                                       (Mot WD Atty – ECF No. 56)
10                                           (Stip Ext Jt PTO – ECF No. 57)
    LIGHTNING EXHIBITS, LLC, et al.,
11
                              Defendants.
12

13        Before the court is counsel for defendant Lightning Exhibits, LLC's Renewed Motion for

14   Withdrawal as Counsel (ECF No. 56). The motion represents that the client has failed to comply

15   with its financial obligations to Ogletree, Deakins, Nash, Smoak & Stewart, P.C. ("the Firm").

16   Counsel avers that the client has been informed the firm would withdraw if payment was not

17   received. For these reasons, the firm seeks to withdraw as counsel of record.

18        The initial motion was denied because counsel did not provide proof of service of the

19   motion on the affected client and did not provide any information concerning the last known

20   address of the corporate client or the name of the client's authorized representative. The motion

21   has now been served on the client via email and Federal Express, and contact information has been

22   provided. The parties also filed a Stipulation and Order to Extend Deadline to file Pre-Trial Order

23   (ECF No. 57) 30 days from decision of this motion. The pretrial order is currently due October

24   24, 2018. There are no dispositive motions pending.

25        A corporation cannot appear except through counsel. *See Rowland v. California Men's

26   Colony*, 506 U.S. 194, 201–02 (1993); *Reading Int'l, Inc. v. Malulani Grp., Ltd.*, 814 F.3d 1046,

27   1053 (9th Cir. 2016). The Ninth Circuit has held that default judgment is an appropriate sanction

28

for a corporation's failure to retain counsel for the duration of the litigation. *United States v. High Country Broadcasting*, 3 F.3d 1244, 1245 (9th Cir. 1993).

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED** that:

1. The Motion for Withdrawal of Counsel (ECF No. 56) is **GRANTED**.

2. Defendant Lightning Exhibits, LLC plaintiff shall have until **November 22, 2018** in which to retain substitute counsel who shall make an appearance in accordance with the requirements of the Local Rules of Practice.

3. Defendant Lightning Exhibits, LLC's failure to timely comply with this order by obtaining substitute counsel may result in the imposition of sanctions, which may include a recommendation to the District Judge of default judgment.

4. The Clerk of the Court shall serve the plaintiff with a copy of this order at Lightning Exhibits, LLC's last known address:

   Lightning Exhibits, LLC
   c/o Tammy Lasley
   15110 Pine Valley Blvd.
   Clermont, FL  34711

5. The Stipulation to Extend the Joint Pretrial Order (ECF No. 57) is **GRANTED a**nd the deadline for filing the Joint Pretrial Order is extended until **November 29, 2018.**

DATED this 23rd day of October 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

2