# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

BOARD OF TRUSTEES OF THE
TEAMSTERS LOCAL 631, ET AL

          Plaintiffs,

v.

LIGHTNING EXHIBITS, LLC; TAMMY
L. LASLEY

          Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:16-cv-03032-RFB-PAL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of Plaintiff on its alter ego liability claim against Lightning Exhibits, LLC in the amount of $1,122,663.00.

| February 13, 2019 | DEBRA K. KEMPI |
|---|---|
| Date | Clerk |
| | /s/ J. Matott |
| | Deputy Clerk |